IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-511-D

| | | |
|---|---|---|
| CAPITAL TRANSACTION GROUP, INC., and CAPTRAN SC, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| EDWARD S. COOK, and COOK, HALL & LAMPROS, LLP, | ) ) ) ) | |
| Defendants. | ) | |

On December 20, 2013, the court held a hearing on the two motions pending in this case. As explained in open court and incorporated herein by reference, the court concludes that it lacks personal jurisdiction over defendant Edward S. Cook. Accordingly, Cook's motion to dismiss for lack of personal jurisdiction [D.E. 12] is GRANTED, and the action is TRANSFERRED to the United States District Court for the Northern District of Georgia. See 28 U.S.C. §§ 1404(a), 1406(a); Jenkins v. Albuquerque Lonestar Freightliner, LLC, 464 F. Supp. 2d 491, 493–95 (E.D.N.C. 2006). In light of the decision to transfer the action, the court DECLINES to address the pending motion to dismiss for failure to state a claim upon which relief can be granted that defendant Cook Hall & Lampros, LLP filed [D.E. 15]. The Northern District of Georgia is in a better position to address that motion.

SO ORDERED. This __20__ day of December 2013.

JAMES C. DEVER III
Chief United States District Judge